**ADOPTION OF W.F.S., a Minor,**

**Appeal of: D.W.S.**

**637 WDA 2017**

Superior Court of Pennsylvania.

09/15/2017

(Armstrong)

Affirmed

■

**COM.**

v.

**REYES, A.**

**3358 EDA 2015**

Superior Court of Pennsylvania.

9/18/2017

CP–51–CR–0013835–2012

(Philadelphia)

Affirmed

■

**COM.**

v.

**SANDERS, F.**

**3517 EDA 2015**

Superior Court of Pennsylvania.

09/18/2017

CP–51–CR–0001071–2015 (Philadelphia)

Affirmed

■

**COM.**

v.

**GOLDMAN, M.**

**3822 EDA 2015**

Superior Court of Pennsylvania.

09/18/2017

Reargument Denied 11/22/2017

CP–09–CR–0007567–2015

(Bucks)

Affirmed

■

**COM.**

v.

**LOPEZ, L.**

**2082 EDA 2016**

Superior Court of Pennsylvania.

09/18/2017

CP–51–CR–0014305–2012 (Philadelphia)

Affirmed